Otto O. Lee, CA Bar No. 173987
olee@iplg.com
Kevin Viau, CA Bar No. 275556
kviau@iplg.com
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, 12th Floor
San Jose, CA 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

Attorneys for Defendant COWBOYSTUDIO

Daniel S. Mount, CA Bar No. 77517
dmount@mount.com
William H. Stewart, CA Bar No. 287782
wstewart@mount.com
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, CA 95110
Telephone: (408) 279-7000
Facsimile: (408) 998-1473

Attorneys for Plaintiff PHOTOFLEX, INC.

INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, 12th Floor
San Jose, California 95113

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

PHOTOFLEX, INC.,

Plaintiff,

v.

COWBOYSTUDIO,

Defendant.

Case No.: 13-CV-05836-JSC

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Photoflex, Inc ("Photoflex") and Defendant CowboyStudio ("CBS"), by and through their respective counsel, hereby stipulate to dismissal of the above-captioned case, N.D. Cal. Civil Case No. 13-CV-05836-JSC, including all

INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, 12th Floor
San Jose, California 95113

claims and counterclaims, with prejudice, without right of appeal, and with each party to bear its own costs.

*Pursuant to Civil Local Rule 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document has been obtained from each signatory below as indicated by "/s/".*

Respectfully submitted,

Dated: May 19, 2014

By: ______________________

Otto O. Lee
Kevin Viau
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, 12th Floor
San Jose, CA 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

Attorneys for Defendant COWBOYSTUDIO

Dated: May 28, 2014

By: /s/ William H. Stewart

Daniel S. Mount
William H. Stewart
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, CA 95110
Telephone: (408) 279-7000
Facsimile: (408) 998-1473

Attorneys for Plaintiff PHOTOFLEX, INC.

Dated: 5/29/14

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Jacqueline Scott Corley
NORTHERN DISTRICT OF CALIFORNIA